cmmc

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>Amilcar TAPIA Araujo,<br><br>      Defendant. | Case No.: '21 MJ2897<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony)<br><br>Title 8, U.S.C.,<br>Section1324(a)(2)(B)(iii)- Bringing in<br>Unlawful Aliens Without Presentation<br>(Felony) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about July 14, 2021, within the Southern District of California, Amilcar TAPIA Araujo did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about July 14, 2021, within the Southern District of California, Amilcar TAPIA Araujo with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Cristina RIOS Castro and Jaime CARRENO Santiago, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a

designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Austen Peek
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 15th of July 2021.

_____
HON. BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE

2

# STATEMENT OF FACTS

On July 14, 2021, at approximately 8:14 AM, Amilcar TAPIA Araujo, ("TAPIA"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #3. TAPIA presented his Global Entry Card (SENTRI Program) to a Customs and Border Protection Officer (CBPO). TAPIA was the driver and registered owner of a 2017 Nissan Sentra ("the vehicle") bearing California license plates.

A CBPO received two negative Customs declarations from TAPIA. TAPIA stated he was crossing the border to go to work in San Diego, California. A CBPO asked TAPIA what was in his trunk and TAPIA appeared surprised. TAPIA opened the trunk and a CBPO noticed what appeared to be two (2) individuals hiding in the trunk. The individuals were later identified as Cristina RIOS Castro, a Mexican national, and Jaime CARRENO Santiago, a Mexican national.

A CBPO conducted an inspection of the trunk while in the secondary lot and discovered large packages hidden in the spare tire well of the vehicle.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the trunk of the vehicle.

1

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to a bag in the trunk of the vehicle.

Further inspection of the vehicle resulted in the discovery of five (5) total packages concealed in the spare tire well of the vehicle, with a total approximate weight of 11.28 kgs (24.82 lbs.). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

TAPIA was placed under arrest at approximately 11:45 AM.

During a post-Miranda interview, TAPIA denied knowledge that the narcotics or individuals were in the vehicle. TAPIA stated that he was going to work. TAPIA stated that he has no idea how the narcotics or individuals got into the trunk of his vehicle. TAPIA stated that he was not going to be paid and does not need the money.

Material Witness RIOS stated she is a Mexican national and was going to pay $19,000 USD to be smuggled into the United States.

Material Witness CARRENO stated he is a Mexican national and was going to pay $10,000 USD to be smuggled into the United States.

TAPIA was arrested and charged with violations of Title 21, United States Code, 952 and 960, importation of a controlled substance; and Title 8, United States Code, Section 1324(a)(2)(B)(iii), bringing in unlawful aliens without presentation.

The complaint states the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Cristina RIOS Castro | Mexico |
| Jaime CARRENO Santiago | Mexico |

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secssure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

3